# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI NIKBAKHT,<br><br>         Plaintiff,<br><br>v.<br><br>LMKBK LOGISTICS, LLC, et al.,<br><br>         Defendants. | Case No.: 3:23-cv-01336-RBM-JLB<br><br>**ORDER REMANDING CASE TO SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE** |

On May 25, 2023, Plaintiff Ali Nikbakht ("Plaintiff") commenced this action in the Superior Court of the State of California, County of Orange. *See Nikbakht v. LMKBK Logistics, LLC, et al.*, Case No. 30-2023-01327551-CU-WT-WJC. (Doc. 1 at 6–25.[1]) On July 21, 2023, Defendant LMKBK Logistics, LLC ("Defendant LMKBK") submitted a notice of removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removing the action to the United States District Court for the Southern District of California ("Notice of Removal"). (Doc. 1.) In its Notice of Removal, Defendant LMKBK argues this Court has diversity jurisdiction because "[t]he amount in controversy exceeds $75,000" and "complete diversity exists." (*Id.* at 2.) Specifically, Defendant LMKBK argues that complete diversity exists because Plaintiff is a resident and domiciled in the State of

---

[1] The Court cites the CM/ECF electronic pagination unless otherwise noted.

California, whereas the limited liability company defendants are each incorporated and have their headquarters/principal place of business outside of the State of California. (*Id.*) Defendant LMKBK did not allege the citizenship of every member of every limited liability company defendant. (*Id.*)

On September 7, 2023, this Court issued an order to show cause regarding subject matter jurisdiction ("OSC"). (Doc. 3.) In its OSC, the Court found that Defendant LMKBK "failed to properly establish diversity of citizenship" because it "failed to allege the citizenship of each of its owners/members as well as the citizenship of each of [Defendant] Peoplelease LLC's and [Defendant] JSL Transport, LLC's owners/members" as required. (*Id.* at 3 (citing *NewGen, LLC v. Safe Cig, LLC*, 840 F.3d 606, 612 (9th Cir. 2016) (explaining that when pleading diversity jurisdiction with respect to a limited liability company, the citizenship of all members must be pled).) The Court also found that "the Notice of Removal…fails to establish it is more likely than not that the amount in controversy exceeds $75,000." (*Id.* at 4.) Finally, the Court noted that "this action was originally filed in the Superior Court of the State of California, County of Orange" and that "the proper district in which to file a notice of removal was the United States District Court for the Central District of California, rather than the Southern District of California." (*Id.* at 1, n. 1.)

On September 21, 2023, Defendant LMKBK responded to this Court's OSC. (Doc. 4.) Defendant LMKBK contends that "[a]t the time Defendant removed this action to Federal Court, Defendant has a good faith determination that diversity jurisdiction was appropriate" but that Defendant LMKBK has been unable to determine the identity of all members of the limited liability company defendants. (*Id.* at 1–2.) Defendant LMKBK also requests that the court take judicial notice of various jury verdicts, judgments, and settlements in similar cases demonstrating that the amount in controversy in this case exceeds $75,000. (*Id.* at 2.) Nevertheless, Defendant LMKBK indicated that it does not oppose the remand of this case to the Superior Court of the State California, County of Orange. (*Id.* at 1, 3.)

1 | Because Defendant LMKBK has been unable to determine the identity of every member of the limited liability company defendants for purposes of evaluating diversity jurisdiction and does not oppose the Court's the remand of this case to state court, the Court **ORDERS** that the present case be **REMANDED** to the Superior Court of the State of California, County of Orange.  The Court need not resolve Defendant LMKBK's request for judicial notice of the jury verdicts, judgments, and settlements attached to its response to the Court's OSC.  (Doc. 4.)

**IT IS SO ORDERED**.

DATE:  October 31, 2023

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE